IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JOSUE CANTU-CORTES,** *Petitioner,* v. **DAVID O'NEILL, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center,** *Respondents.* | CIVIL ACTION No. 25-cv-6338 |

# ORDER

**AND NOW**, this **13th** day of **November 2025**, upon consideration of Petitioner Josue Cantu-Cortes' Petition for a Writ of Habeas Corpus (ECF No. 1) and Respondents' Answer (ECF No. 3), it is hereby **ORDERED** that Petitioner Josue Cantu-Cortes' Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. Within seven (7) days of the date of this Order, on or before **November 20, 2025**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) at which the parties will be allowed to present evidence and argument

regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven (7) days as required herein, Petitioner must be immediately released from detention while he awaits his bond hearing.

4. Within ten (10) days of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

5. Respondents shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that the Petitioner is subject to detention under 8 U.S.C. § 1226(a), Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise that require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

6. No removal hearing shall take place on **November 17, 2025**. Respondents shall not schedule a removal hearing at any other time prior to the required bond hearing.

7. Respondents shall notify the immigration court in Elizabeth, New Jersey of the status of the instant case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**